**08 CV 03298**
**JUDGE BATTS**

RECEIVED APR 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IPD GLOBAL, INC.

        Plaintiff,

  - against -

COMPANIA CHILENA DE NAVEGACION
INTEROCEANICA, S.A.

        Defendants.
-----------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, IPD GLOBAL, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

IPD GLOBAL is a privately owned company with no publicly traded parents, subsidiaries or affiliates.

Dated: New York, New York
       April 2, 2008

                      CASEY & BARNETT, LLC
                      Attorneys for Plaintiff

            By: _/s/ Martin F. Casey_
                      Martin F. Casey (MFC-1415)
                      317 Madison Avenue, 21st Floor
                      New York, New York 10017
                      (212) 286-0225